COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Alan Victor Lee
DWCC  H-1-A DOC No. 303733
670 Bell Hill Road
Homer, LA 71040

REHEARING ACTION: June 1, 2011

**Docket Number: 10   01296-KH**

**STATE OF LOUISIANA
VERSUS
ALAN VICTOR LEE**

**Writ Application from Calcasieu Parish Case No. 1167-90, 7596-91**

BEFORE JUDGES:

Hon. Oswald A. Decuir
Hon. Jimmie C. Peters
Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Alan Victor Lee** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent